UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED SATES OF AMERICA           :

      v.                                :Crim. No. 07-CR-01(CKK)

STEVEN MERKES                     :

**UNOPPOSED MOTION FOR TRANSPORTATION FUNDS**

    Comes Now defendant, Steven Merkes, by and through counsel, Thomas Abbenante, who respectfully requests that this honorable court authorized transportation costs and expenses for the defendant to travel from Las Vegas, Nevada to the scheduled Arraignment/plea set for February 14, 2007. As grounds, defendant submits the following information.

    1. Defendant is scheduled to appear before the court for arraignment and plea on February 14, 2007. The defendant is indigent and has appointed counsel and is unable to pay for his travel expenses.

    2. The United States has authorized counsel to represent to the Court that it has no objection to this motion.

WHEREFORE, the foregoing premises considered, defendant prays that this motion be granted.

Respectfully submitted,

Thomas Abbenante
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
202-223-6539