```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )
                              )
     Plaintiff,               )
                              )    Criminal No. 07-001-CKK
                              )
     v.                       )    Count One: 18 U.S.C. § 201(c)
                              )    (Illegal Gratuity)
                              )
STEVEN MERKES,                )
                              )
     Defendant.               )
```

### ELEMENTS OF OFFENSE

To prove the crime of Receiving an Illegal Gratuity by a Public Official (18 U.S.C. § 201(c)(1)(B)) as charged in Count 1 of the Information, the Government must establish:

*First*:   That the defendant was a public official; and

*Second*:  That the defendant solicited, received, or agreed to personally receive something of value for the defendant for or because of an official act to be performed by the defendant.

DATED: February 7, 2007

                                          Respectfully submitted,

                                          EDWARD C. NUCCI
                                          Acting Chief
                                          Public Integrity Section

                                          <u>/s/ James A. Crowell</u>
                                          JAMES A. CROWELL IV
                                          JOHN P. PEARSON

                                          Trial Attorneys
                                          U.S. Department of Justice
                                          Criminal Division
                                          1400 New York Ave., NW
                                          Washington, DC 20005
                                          (202) 514-1412
                                          james.crowell@usdoj.gov
                                          john.pearson@usdoj.gov