AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

**FILED**
FEB 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.
Steven Merkes

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-001

I, Steven Merkes, the above named defendant, who is accused of

18 USC § 201
Illegal gratuity

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _February 15, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before ___Collen Kollar-Kelly___
         Judicial Officer