IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,     )
                              )
        v.                    )   Criminal No. 07-1
                              )
STEVEN MERKES,                )   Count One: 18 U.S.C. § 201(c)
                              )              (Illegal Gratuity)
        Defendant.            )
_____)

### FACTUAL BASIS FOR PLEA

The United States of America, by and through its undersigned counsel, and the Defendant, **STEVEN MERKES**, hereby stipulate to the following facts pursuant to United States Sentencing Guideline § 6A1.1 and Federal Rule of Criminal Procedure 32(c)(1):

1. Until on or about January 31, 2005, the defendant MERKES served in the United States Air Force with the rank of Master Sergeant. On or about January 31, 2005, defendant MERKES was honorably discharged, and on or about February 22, 2005, he began work as a civilian public official employed by the Department of Defense (DOD).

2. In both the Air Force and in his civilian DOD employment, defendant MERKES worked as a logistical planner for

the United States Headquarters, Special Operations Command-Europe (HQSOCEUR). Defendant MERKES was stationed in Stuttgart, Germany.

3. In both positions, Defendant MERKES's official duties consisted of planning and military exercises for U.S. Special Operations forces in the European theater of operations.

4. Through his positions, defendant MERKES worked with contractors and vendors that provided services and support in connection with military exercises.

5. Pursuant to those duties, defendant MERKES worked with active duty contracting officers to evaluate, select, and manage outside contractors on government contracts. The defendant was authorized to and did recommend to the contracting officers specific vendors.

6. Philip Bloom was a United States citizen who operated and controlled construction and service companies in Romania and the Republic of Iraq that did business with the United States government. One of Bloom's companies was Global Business Group (GBG).

### Merkes's Agreement with Philip Bloom

7. In or about 2003, defendant MERKES met Bloom in Romainia and discussed working for one of Bloom's companies but ultimately did not become employed by Bloom in 2003 or 2004.

8. In or about March 2005, defendant MERKES informed Bloom

that he was once again interested in working for Bloom.

9. In or about March 2005, Bloom informed defendant MERKES that he intended to bid on a government contract that was being contracted by the U.S. Army in Europe (USAEUR) and that he was interested in discussing defendant Merkes working for him.

10. In or about March 2005, defendant MERKES sent Bloom an email and attached public documents relating to the contract solicitation of a USAEUR contract. In the email, MERKES said, "here is a small document for your eyes only. Let me know what you want."

11. In or about March 2005, Bloom and defendant MERKES agreed that GBG would hire defendant MERKES, at a salary of $12,000 per month, in exchange for MERKES's assistance in obtaining the USAEUR contract and other future government contracts.

12. In or about April 2005, MERKES accepted Bloom's offer and sent his Bank of America checking account information to GBG, knowing that the payments to be received were for official acts he had agreed to perform.

13. In or about April 2005, GBG wire transferred $24,000, representing the first two months' salary, to defendant MERKES's bank account for and because of the official acts that defendant MERKES had agreed to perform.

14. In or about 2005, defendant MERKES took and agreed to

take official acts to benefit Bloom and his companies, including reviewing Bloom's bid proposal on the USAEUR contract.

DATED: December 29, 2006, at Washington, DC.

For the Defendant

_____
STEVEN MERKES
Defendant

_____
Thomas Abbenante
Counsel for the Defendant

For the United States

Edward C. Nucci
Acting Chief
Public Integrity Section

_____
James A. Crowell IV
John P. Pearson
Trial Attorneys
Public Integrity Section

Patrick Murphy
Trial Attorney
Asset Forfeiture and Money
Laundering Section

United States Department of Justice
Criminal Division
1400 New York Ave. NW
Washington, DC 20005
(202) 514-1412
James.crowell@usdoj.gov
John.pearson@usdoj.gov
Patrick.murphy@usdoj.gov