UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 1 6 2007

UNITED SATES OF AMERICA        :

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.                             :Crim. No. 07-CR-01(CKK)

STEVEN MERKES                  :

### ORDER

The Court having set a sentencing date in this case and finding that the defendant is financially unable to provide the necessary transportation expenses for him to appear at the sentencing hearing scheduled for _June 1, 2007 9:00 am_, it is hereby,

ORDERED:

1. That Steven Merkes is to appear in the Unit3ed States District Court for the District of Columbia at _9:00 am June 1, 2007_; and it is further

ORDERED:

2. That the United States Marshal shall:

    a. Arrange for the defendant means of non-custodial transportation to appear before the above named court.

(N)

appear before the above named court.

b. Furnish the defendant round-trip airfare for transportation between Las Vegas, Nevada and the District of Columbia to appear before the above named court.

c. Furnish the defendant funds necessary to travel to and from the airport in his city of origin and the District of Columbia.

d. Furnish the defendant an adequate amount of money for subsistence expenses to and from the District of Columbia, as well as his destination, not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code.

e. Furnish the defendant an adequate amount of money for subsistence expenses for lodging and meals, not to exceed the amount authorized as a per diem allowance.

_____
UNITED STATES DISTRICT JUDGE

Feb. 16, 2007
DATE