U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA :

v. :

STEVEN M. MERKES : Case No. 07-01

:

FILED
FEB 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this __16th__ day of __FEBRUARY__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __Feb. 16, 2007__ by __RANDY GREGORY OF THE IRS-CID__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __RANDY GREGORY OF THE IRS__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) District Judge

DEFENSE COUNSEL

DOJ USA-16-1-80