UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | |
| vs. : | CRIMINAL NO. 07-001 |
| : | Judge Colleen Kollar-Kotelly |
| STEVEN MERKES : | |
| Defendant : | FILED |
| | FEB 2 0 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The probation office shall file its Presentence Report by no later than **APRIL 27, 2007**.

The parties shall file its Memorandum in Aid of sentencing by no later than **MAY 11, 2007** and it is further;

The defendant shall file reply, if any by no later than **MAY 18, 2007** and it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on **JUNE 1, 2007 AT 9:00 A.M.**

IT IS SO ORDERED,

Date: Feb. 20, 2007

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
Files
Pretrial

Probation
James Crowell, AUSA
Thomas Abbenante, Esquire