```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA,     )
                              )
        v.                    )   Criminal No.  CR-07-001 (CKK)
                              )
STEVEN MERKES,                )   Count One: 18 U.S.C. § 201(c)
                              )              (Illegal Gratuity)
        Defendant.            )
_____)

**MOTION TO ALLOW LATE FILING**

The United States of America, appearing by and through undersigned counsel, respectfully moves this Court to allow the government to file the attached Opposition to Defendant's Position With Respect to Sentencing Factors.  As grounds for this motion, the government states as follows:

The defendant in this case pled guilty on February 16, 2007.  The Court's February 20, 2007 Order directed the parties to file their Memoranda in Aid of sentencing by May 11, 2007, with the defendant to file any reply by May 18.  The defendant filed his memo on May 16, 2007.  Counsel for the government was out of the office on that day, as well as from May 21-24, for official travel, and has been unable to complete this opposition before today.  Counsel for the defendant has also been consulted, and he

has no objection to this motion. The parties in this case agree as to the proper calculation of the defendant's range under the U.S. Sentencing Guidelines, and the only disputed issue is whether this Court should impose a non-Guidelines sentence.

As a result, the government respectfully requests that the Court grant this unopposed motion and accept for late filing the government's Opposition to the Defendant's Position With Respect to Sentencing Factors.

DATED: May 30, 2007, at Washington, DC.

                WILLIAM M. WELCH II
                Chief, Public Integrity Section

By:  /s/ John P. Pearson
     JOHN P. PEARSON
     Trial Attorney
     U.S. Department of Justice
     Criminal Division
     Public Integrity Section
     1400 New York Ave., NW
     Washington, DC 20005
     (202) 514-1412
     John.Pearson@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Thomas Abbenante, Esq.

*s/ John P. Pearson*
JOHN P. PEARSON
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice