UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED SATES OF AMERICA        :

v.                             :Crim. No. 07-CR-01(CKK)

STEVEN MERKES                  :

### ORDER

The Court having set a sentencing date in this case and finding that the defendant is financially unable to provide the necessary transportation expenses for him to return to Las Vegas after the hearing on June 1, 2007, it is hereby,

ORDERED:

1. That Steven Merkes is to appear in the United States District Court for the District of Columbia at 9:00 a.m. on June 1, 2007; and it is further

ORDERED:

2. That the United States Marshal shall:

   a. Arrange for the defendant means of non-custodial transportation to appear before the above named court.


(N)

b. Furnish the defendant airfare for transportation between the District of Columbia and Las Vegas, Nevada to return home to await his designation to a federal prison facility.

c. Furnish the defendant funds necessary to travel to and from the airport in his city of origin and the District of Columbia.

d. Furnish the defendant an adequate amount of money for subsistence expenses to and from the District of Columbia, as well as his destination, not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code.

_____
UNITED STATES DISTRICT JUDGE

_6/1/07_____
DATE