HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-001</u> |
| --- | --- | --- |
|  | : |  |
| vs. | : | SSN: _____ |
|  | : |  |
| MERKES, Steven | : | Disclosure Date: <u>April 25, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
    (✓) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____       5/8/07
**Prosecuting Attorney**      **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)
    (✓) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 5/9/07      _____ 5/9/07
**Defendant**   **Date**        **Defense Counsel**   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 09, 2007**, to U.S. Probation Officer **Kelli Cave**, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Chief
    United States Probation Officer

**Receipt and Acknowledgment**  **Page 2**

_____

Signed by: _John P. [signature]_____
(Defendant/Defense Attorney/AUSA)

Date: _5/8/07_____