UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED SATES OF AMERICA         :

      v.                              :Crim. No. 07-CR-01(CKK)

STEVEN MERKES                   :

### ORDER

This matter having come before the Court on the unopposed Motion of the defendant to allow him to travel to California to visit his mother and grandmother, it is this _____day of _____, 2007, hereby

ORDERED:

1. That the defendant is allowed to travel from Las Vegas, Nevada to California from July 9, 2007 until July 12, 2007. All other conditions of release pending his voluntary surrender will remain the same.

                                                                     _____
                                                                 UNITED STATES DISTRICT JUDGE

_____

DATE

DATE