PROB 12A-DC
(Rev 12/82)

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

**FILED**

FEB 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Steven Merkes**               Docket No. CR **07-001**

### REQUEST FOR COURSE OF ACTION
### (Modification of Conditions of Supervised Release)

COMES NOW **Danny M. Thomas**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Steven Merkes**, who was placed on supervised release by the Honorable **Colleen Kollar Kotelly**, United States District Judge, sitting in the Court at Washington, D.C., on the **1st** ay of **June**, 20 **07**, who fixed the period of supervised release at **1** year, and imposed the general terms and conditions of supervised release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1.   Pay a $100 special assessment.

On June 1, 2007, the above referenced individual appeared before Your Honor, having pled guilty to Receiving Illegal Gratuities, 18 U.S.C.§ 201(c)(1)(B). Mr. Merkes was sentenced to one year and one day imprisonment followed by one year supervised release. Mr. Merkes is scheduled to be released from the Federal Bureau of Prisons (BOP) on June 6, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is recommended that the Court modify Mr. Merkes' conditions of supervision to include that: 1. He shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the probation officer; and 2. He shall provide the probation officer access to any requested financial information, including income tax returns, authorization for release credit information, and any other business financial information in which he has a control or interest.



MERKES, Steven
Docket No:CR 07-001
Page: 2

Pursuant to Rule 32.1 of Title 18, the United States Attorney's Office has been notified of the proposed modification and has not objected. Mr. Merkes does not oppose the requested modifications as indicated by his signature on the Waiver of hearing Form.

Respectfully submitted,

Danny M. Thoms, Senior
United States Probation Officer
Telephone: (202) 565-1374

APPROVED BY: _____
Ervin D. Bell, Supervising
United States Probation Officer


Should Your Honor concur with our recommendation, the attached Order has been attached for Your Honor's signature.

_____
Colleen Kollar Kotelly
United States District Judge
2/19/08