UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**

FEB 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Steven Merkes**                                    Docket No.: **CR 07-001**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that the conditions of supervised release be modified to include:

1. Mr. Merkes shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the probation officer.

2. Mr. Merkes shall provide the probation officer access to any requested financial information, including income tax returns, authorization for release credit information, and any other business financial information in which he has a control or interest.

### ORDER OF COURT

Considered and ordered this ___19th___ day of ___Feb___, 2008.

_____
Colleen Kollar Kotelly
United States District Judge



PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Columbia

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Debt Obligations** - You shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the probation officer.

2. **Access to Financial Information** - You shall provide the probation officer access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business financial information in which you have a control or interest.

Witness _____   Signed _____
                                                                                             Probationer or Supervised Releasee

_19 Nov 2007_
Date